AO 91 (Rev 11/11)   Criminal Complaint

# United States District Court
## for the
## Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Jacinto MORALES-GUTIERREZ (MX / 1994)<br>Mario Alberto QUEZADA-TREVINO (MX / 2002)<br>Henry Leonardo ALEJO-HERRERA (MX / 2007)<br><br>*Defendant(s)* | Case No.   M-25- 2542 -M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 5, 2025__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324(a)(1)(A)(ii) | Knowingly transport, or move, or attempted to transport aliens from a location in Rio Grande City, Texas, to a location in Rio Grande City, Texas, by means of a foot and motor vehicle. |

This criminal complaint is based on these facts:
See Attachment A

☒ Continued on the attached sheet

Approved by AUSA A. Parcell

/s/ Eric Garza
*Complainant's signature*

Eric Garza, Border Patrol Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date: __October 6, 2025__  at __1:48pm__

City and State: __McAllen, Texas__

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

I, Eric Garza, am a United States Border Patrol Agent and have knowledge of the following facts:

1. On October 05, 2025, USBP Agents encountered a 3 on 2 alien smuggling case in Rio Grande City, Texas.

2. At approximately 6:26 p.m., Border Patrol Agents (BPAs) performing line watch operations in Rio Grande City, Texas, were advised of a group of illegal aliens running north from the Rio Grande River by agents flying a small unmanned aircraft systems (SUAS) drone. BPAs maintained visual and observed two illegal aliens load into a sports utility vehicle (SUV) at the intersection of Aguirre Ave. and E Canales St. Responding BPAs observed a silver SUV, later identified as a silver 2014 Dodge Durango, driving north on S Arredondo St and activated their emergency lights to conduct an immigration inspection. The vehicle came to a complete stop and the driver of the Durango, later identified as Jacinto MORALES-GUTIERREZ, exited his vehicle and ran. As BPAs gave chase, while one agent stayed with the vehicle and apprehended two individuals laying in the trunk of the Durango. BPAs momentarily lost visual of the driver while giving chase but were able to review the SUAS drone video footage and determined that the subject had entered the backyard of a property on Arredondo St. BPAs obtained consent from the homeowner to search the premise and located the driver hiding behind a refrigerator inside the home. As this was taking place, other responding BPAs advised that they apprehend two additional subjects in the area, later identified as Mario Alberto QUEZADA-Trevino and Henry Leonardo ALEJO-Herrera, who they suspected of being brush guides attempting to run back to the Rio Grande River. A total of five subjects were apprehended and all freely admitted to being in the United States illegally without proper documentation.

3. Jacinto MORALES-Gutierrez, a citizen of Mexico, was advised of his Miranda Rights and provided a statement. MORALES stated he had been living in the United States Illegally for approximately three to four months. MORALES stated he and his wife bought and own the gray SUV he was driving today. MORALES admitted to being the load driver and was instructed to drive to that location and two people were going to step into his vehicle. MORALES stated he told the two illegal aliens to get in his vehicle. MORALES stated he was going to get paid an unknown amount of money.

4. Mario Alberto QUEZADA-Trevino, a citizen of Mexico, was advised of his Miranda Rights and provided a statement. QUEZADA stated he crossed the Rio Grande River in an inflatable raft with his cousin "Henry" and two other people. QUEZADA admitted that he and his cousin Henry were foot guides. QUEZADA stated they were going to get paid $100 for each smuggled alien. QUEZADA stated he and Henry attempted to go back to Mexico but surrendered to BPAs.

5. Henry Leonardo ALEJO-Herrera, a citizen of Mexico, was advised of his Miranda Rights and provided a statement. ALEJO stated he was going to get paid $150 per smuggled illegal alien. ALEJO stated he crossed the Rio Grande River on an inflatable raft with his cousin named Mario Quesada and two other people. ALEJO stated he is a brush guide and was unsuccessful this time because he was apprehended by BPAs.

6. Dafri Fernando ACOSTA-Torres, a citizen of Honduras, was advised of his Miranda Rights and provided a statement. ACOSTA stated a friend of his made the arraignments and paid $3,000. ACOSTA stated he owes $2,000. ACOSTA stated he crossed the Rio Grande River on an inflatable raft with five other people. ACOSTA stated the load vehicle was a grey SUV four door driven by a male. ACOSTA stated the door was open for them and the load driver was on the phone who told them to duck down. ACOSTA stated the interior of the load vehicle was black with black cloth seats. ACOSTA stated the foot guide told them that the load vehicle was going to be the only vehicle in the area. ACOSTA was shown a photo lineup and was unable to identify the driver but was able to identify Henry Leonardo ALEJO-Herrera and Mario Alverto QUEZADA-Trevino as brush guides.

7. Juan LOPEZ-Juan, a citizen of Guatemala, was advised of his Miranda Rights and provided a statement. LOPEZ stated his family made the smuggling arrangements and was going to pay 130,000 quetzales and had already paid 15,000 quetzales. LOPEZ stated he had crossed the Rio Grande River into the United States in an inflatable raft with two foot guides and another person. LOPEZ stated that the heavier set foot guide had instructed them to get into a black 4 door SUV. LOPEZ stated that the driver told them to get in. LOPEZ stated that at one point the driver had said, they caught us and fled from the load vehicle. LOPEZ was shown a photo lineup and was unable to identify the driver but was able to identify Henry Leonardo ALEJO-Herrera and Mario Alverto QUEZADA-Trevino as brush guides.